**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                           Civil Action No. 2:15-cv-11192-BAF-MKM

JOHN DOE, subscriber assigned IP address
98.250.172.117,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 98.250.172.117. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: May 8, 2015

                                              Respectfully submitted,

                                              By:   /s/ *Paul J. Nicoletti*
                                              Paul J. Nicoletti
                                              pauljnicoletti@gmail.com
                                              NICOLETTI LAW, PLC
                                              33717 Woodward Avenue, Suite #433
                                              Birmingham, Michigan 48009
                                              Phone: (248) 203-7800
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:  /s/ *Paul J. Nicoletti*_____
                Paul J. Nicoletti